IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  02-D-1927 (OES)

KIMBERLY KRIEG,

    Plaintiff,

v.

iXL, INC., and
UNITED HEALTHCARE INSURANCE COMPANY,

    Defendants.

_____

**ORDER**
_____

    This matter is before the court upon a review of the file.  This civil action has been inactive since the winter of 2002.  Since the filing of Defendant United Healthcare Insurance Company's Original Answer to Plaintiff's Complaint, filed with the Court on October 15, 2002, there has been no activity in the case.  The court concludes that this case should be administratively closed under the Local Rules to be reopened for good cause shown.  Accordingly, it is

    ORDERED that this case is administratively closed, pursuant to D.C.COLO.LR 41.1A, to be reopened for good cause shown.

    Dated:  October 19, 2005

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge