IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  02-cv-1927-WYD

KIMBERLY KRIEG,

    Plaintiff,

v.

iXL, INC., and
UNITED HEALTHCARE INSURANCE COMPANY,

    Defendants.
_____

**ORDER**
_____

On April 11, 2006, I entered an Order for the parties to show cause in writing why this case, which has been inactive since 2002 and administratively closed since October 19, 2005, should not be dismissed.  On April 24, 2006, Plaintiff responded to the Court's Order to Show Cause and requested that the case move forward and that the Court hold a scheduling conference.  While I will not dismiss the case at this time, neither will I grant Plaintiff's requests which were made in her response.  This case is administratively closed pursuant to an Order entered on October 19, 2005.  If the Plaintiff wishes for this case to be reopened, she will need to file a motion for the same.  Such motion shall include a D.C.COLO.LCivR 7.1A certification.  Based on the foregoing, it is

    ORDERED that the Order to Show Cause is **DISCHARGED**.

Dated: May 22, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge